IT IS SO ORDERED.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

s/Christopher A. Boyko
**CHRISTOPHER A. BOYKO,**
**U.S. DISTRICT JUDGE**
Dated: 11/18/2019

| | |
|---|---|
| **VICTORIA IGBOELI-ILODI**, individually and on behalf of all others similarly situated, *Plaintiff*, v. **EZ ENERGY GROUP LLC**, a Florida limited liability company, and **JOHN DOE CORPORATION**, *Defendants*. | Case No.: 1:19-cv-1996 <br><br> Judge Christopher A. Boyko <br><br> **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

Plaintiff Victoria Igboeli-Ilodi hereby gives notice that the above captioned action is voluntarily dismissed, pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, with prejudice as to Plaintiff's individual claims, and without prejudice as to the claims of the uncertified putative class.

Respectfully submitted,

**VICTORIA IGBOELI-ILODI**,

Dated: November 12, 2019

By: /s/Adam T. Savett
One of Plaintiff's Attorneys

Adam T. Savett (VA73387)
**SAVETT LAW OFFICES LLC**
2764 Carole Lane
Allentown Pennsylvania 18104
Telephone: (610) 621-4550
Facsimile: (610) 978-2970
E-mail: adam@savettlaw.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Notice of Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) was filed electronically on November 12, 2019, in accordance with the Court's Electronic Filing Guidelines. Notice of this filing will be sent to all properly registered parties by operation of the Court's electronic case filing system. A courtesy copy was also emailed to counsel for EZ Energy Group LLC.
.

/s/ *Adam T. Savett*
Adam T. Savett

*Attorney for Plaintiff*